THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN SCHLAGER, Appellant.

(Argued October 21, 1929; decided November 19, 1929.)

*Layton H. Vogel* and *W. Bartlett Sumner* for appellant. *Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

In the Matter of EDWARD DECKER, Appellant, *v.* STEPHEN B. STOREY, as City Manager of the City of Rochester, Respondent.

(Argued October 21, 1929; decided November 19, 1929.)

*William DeGraff* and *John D. Sullivan* for appellant. *Clarence M. Platt, Corporation Counsel (George B. Draper* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.